**STIP**
STEVEN W. MYHRE
Acting United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
Nevada Bar Number 14040
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
Lisa.Cartier-Giroux@usdoj.gov

Attorney for the United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-mj-00107-VCF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **PRELIMINARY HEARING** |
| DEANDRE NAKITA BROWN, | ) | |
| AQUAIL JAMAR HARRIS, | ) | |
| SAFIYYAH CHRISTOPER, and | ) | |
| KENDAREEN HUDSON | ) | |
| | ) | |
| | ) | **(Second Request)** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED and AGREED by and between the United States of America, by and through LISA C. CARTIER GIROUX, Assistant United States Attorney, and Defendant DEANDRE NAKITA BROWN, by and through his counsel MARK B. BAILUS, ESQ, Defendant AQUAIL JAMAR HARRIS, by and through his counsel KATHLEEN BLISS, ESQ, Defendant SAFIYYAH CHRISTOPER, by and through her counsel, YI LIN ZHENG, ESQ, and Defendant KENDAREEN HUDSON, by and through her counsel RUSSELL MARSH, ESQ, that the preliminary hearing currently set for April 6, 2017 at 4:00 p.m., be

-1-

vacated and set to a date and time convenient to this court, but no event earlier than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. The parties wish to have sufficient time to negotiate a possible resolution to this matter pre-indictment.

2. Discovery was recently tendered to the defendants, and the defendants and defense counsel will need adequate time to review what is provided.

3. The defendants are incarcerated and do not object to the continuance.

4. This is the first stipulation to continue filed herein.

Dated this 3rd day of April, 2017.

/s/ Lisa C. Cartier Giroux
LISA CARTIER GIROUX
*Assistant United States Attorney*

/s/ Mark B. Bailus
MARK B. BAILUS, ESQ.
*Attorney for Deandre Nakita Brown*

/S/ Yi Lin Zheng
YI LIN ZHENG, ESQ.
*Attorney for Safiyyah Christopher*

/s/Kathleen Bliss
KATHLEEN BLISS, ESQ.
*Attorney for Aquail Jamar Harris*

/s/ Russell Marsh
RUSSELL MARSH, ESQ.
*Attorney for Kendareen Hudson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-mj-00107-VCF |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| DEANDRE NAKITA BROWN, AQUAIL JAMAR HARRIS, SAFIYYAH CHRISTOPER, and KENDAREEN HUDSON | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the preliminary hearing currently scheduled for April 6, 2017 at 4:00 p.m., be vacated and continued to May 24, 2017 at the hour of 4:00 PM.

Dated this 3rd day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE